```
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------X   O R D E R
MUTHANNA M. JUMA,

               Plaintiff,                CV-06-4787 (FB)

     -against-

ATHMANI MWANILELO, et al.,

               Defendants.
-------------------------------------X
```

An initial conference will be held in the above-captioned case on October 3, 2006, at 12:30 P.M., before the Honorable Joan M. Azrack, United States Magistrate Judge, in **Room 1210S** at 225 Cadman Plaza East, Brooklyn, New York. All counsel must be present. In the event this case becomes eligible for arbitration before the scheduled conference, please call **718-613-2530** to cancel.

<u>Defendant's counsel is requested to confirm with plaintiff's counsel that all necessary participants are aware of this conference</u>. No request for adjournment will be considered unless made at least forty-eight (48) hours before the scheduled conference.

SO ORDERED.

Dated:   Brooklyn, New York
         September 5, 2006

                                         _____
                                         JOAN M. AZRACK
                                         UNITED STATES MAGISTRATE JUDGE